**Exhibit A to the Complaint**

**Location:** Anna, TX                                    **IP Address:** 24.32.5.16
**Total Works Infringed:** 37                            **ISP:** Optimum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | E9DB8BE26B56BFF69AC9279777644AE132988A8F | 10/09/2025 06:41:05 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 2 | 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41 | 10/02/2025 06:39:12 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 3 | DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F | 10/02/2025 06:31:49 | Blacked Raw | 12/07/2020 | 12/28/2020 | PA0002269082 |
| 4 | E6683078F639AE7A581BCADF96A49BC808143689 | 09/26/2025 08:15:19 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 5 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | 09/24/2025 14:28:22 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 6 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | 09/24/2025 14:27:20 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 7 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | 09/24/2025 14:27:10 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 8 | 9576D10D0253F5954B16C9C17C755541603FEB3B | 09/24/2025 07:24:56 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 9 | 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A | 09/24/2025 07:22:00 | Blacked | 11/20/2021 | 12/09/2021 | PA0002325817 |
| 10 | 891FF7293856819C3C4C9E2497D8CBEDC94A45A6 | 09/23/2025 08:19:48 | Tushy | 09/01/2024 | 09/18/2024 | PA0002490451 |
| 11 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | 09/23/2025 08:09:24 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 12 | A1CEB960EC65143DB61772C0EB28FD52DE7AC96E | 09/23/2025 05:23:17 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 13 | A53C952E6882E922DD310DEDF7D6FC76C4F9C1DC | 09/22/2025 03:46:45 | Blacked | 06/17/2025 | 06/20/2025 | PA0002536513 |
| 14 | 9FB1BDCE63AFC5A04F202FE935FCD91D5DE3CA2A | 09/21/2025 23:59:35 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 15 | 69FCE32D373A1DF558B96A31D9AADA4C7AC186E5 | 09/21/2025 23:59:24 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |
| 16 | ED7876C01554DC0240AEC5A97EC30C00050D406F | 09/18/2025 20:25:09 | Blacked Raw | 05/24/2021 | 06/24/2021 | PA0002303153 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | BFAE234339BBE35D844A4EE4133C90406DF7B3E8 | 09/18/2025 19:39:12 | Vixen | 09/30/2022 | 10/31/2022 | PA0002377819 |
| 18 | 995EDCB1EB9346A9201A7D7D983C451A99226581 | 09/18/2025 19:28:50 | Blacked Raw | 09/06/2022 | 10/05/2022 | PA0002373770 |
| 19 | 597A81FABD76C859B08D69B2F8938A22A05B6475 | 09/18/2025 19:23:35 | TushyRaw | 05/07/2024 | 06/19/2024 | PA0002476875 |
| 20 | 3E1B2FFC37EFD8FF20F15FE6983057183F446F26 | 08/16/2025 23:41:55 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 21 | 221406C73F1104E77A49411524B5275E3469F3B8 | 08/16/2025 23:39:17 | Blacked | 01/13/2024 | 02/13/2024 | PA0002454785 |
| 22 | 8E5EBAB83CF4A1C580BAD3F54DDBB91B82A26A2D | 08/16/2025 23:35:43 | Blacked Raw | 08/26/2024 | 09/17/2024 | PA0002490350 |
| 23 | 86C5F87BA9C2618D57F79C76608F5D883C5439CF | 08/12/2025 11:34:48 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 24 | 95C8B15EF533C5F1F122A9DF55C3915956A10ED7 | 08/12/2025 11:26:46 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 25 | A035AD89D17FFA204EA1669362F8A2B2947F1D32 | 08/12/2025 11:25:09 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 26 | edaa460fa5995b02ef111997aac1e210ca5669f6 | 08/12/2025 11:17:29 | Tushy | 04/06/2017 | 06/05/2017 | PA0002050769 |
| 27 | 8BB074E225C6C871CDBD1831D394E9988502CEBD | 08/12/2025 08:28:30 | Blacked Raw | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 28 | B72D3C77D269B4C27197B79F5D0E68B4E1A7E096 | 08/12/2025 08:27:30 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 29 | A5E505EFBC4DBA0B9AFD15CD2DD8D6285BF834B8 | 08/12/2025 08:21:54 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 30 | 2541261990122381387D2C03CDA34FF74B4EDE3E | 08/12/2025 08:19:15 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 31 | D90661C4EAF703AD571420CB0E7B68DA96A83C8F | 08/12/2025 08:18:21 | Blacked Raw | 01/04/2021 | 02/02/2021 | PA0002280514 |
| 32 | 7BCAF3207D7ADED3194F9AD8EA8BA3A9B147F568 | 08/07/2025 21:16:28 | Blacked Raw | 12/28/2020 | 01/05/2021 | PA0002269956 |
| 33 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | 08/07/2025 21:15:55 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 34 | 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B | 08/07/2025 21:15:23 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 35 | 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA | 08/07/2025 21:13:50 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 36 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | 08/07/2025 21:12:58 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 37 | 96503BE5423C8933BEEFE5E529B19AE640191F8F | 08/03/2025 10:13:13 | Blacked Raw | 09/30/2024 | 10/16/2024 | PA0002494699 |